IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Domingo Agustin Simon,<br><br>Petitioner,<br><br>v.<br><br>United States,<br><br>Respondent. | No. CV16-2715 PHX DGC<br><br>**ORDER** |

Pending before the Court is Movant's 28 U.S.C. § 2255 motion to vacate, set aside, or correct his sentence, filed on August 10, 2016 (Doc. 1), and Magistrate Judge Eileen Willett's Report and Recommendation ("October 5 R&R"), recommending that the Court deny the motion. Doc. 18. The Court previously accepted the October 5 R&R on November 7, 2017, after Movant failed to file an objection. Doc. 19. Movant then filed a motion to vacate the Court's November 7 judgment, stating that he never received a copy of the October 5 R&R. Doc. 21 at 4. Movant also requested leave to amend his § 2255 motion. Doc. 21. The Magistrate issued a second R&R ("July 20 R&R") recommending that both motions be denied. Doc. 32.

On August 20, 2018 Movant filed an objection to the July 20 R&R, asserting that he did not receive a copy of Judge Willet's October 5 R&R. Doc. 21 at 2,4. On November 28, 2018, the Court vacated its November 7 order and instructed the Clerk of Court to resend Movant a copy of the October 5 R&R. Doc.41 at 3-4. Per the Court's order, Movant could file an objection that only addressed the October 5 R&R's findings and conclusions. *Id.* at 4. The Court denied Movant's request to amend his § 2255 motion as untimely. *Id.*

The Court sent the documents to Movant's new address, as identified in notices provided by the Government and Movant. *See* Docs. 42, 45, 46. Movant was directed to file his objection by February 28, 2019. Movant has failed to file an objection, which relieves the Court of its obligation to review the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *Thomas v. Arn*, 474 U.S. 149 (1985). The Court will therefore accept the October 5 R&R and deny the motion.

**IT IS ORDERED:**

1. Magistrate Judge Eileen Willet's October 5 R&R (Doc. 15) is **accepted**.

2. The motion to vacate sentence (Doc. 1) is **denied**.

3. A certificate of appealability and leave to proceed in forma pauperis on appeal are **denied**.

4. The Clerk **shall terminate** this action.

Dated this 6th day of March, 2019.

*David G. Campbell*
David G. Campbell
Senior United States District Judge